## ROBERTS v. STATE. (No. 6468.)

(Court of Criminal Appeals of Texas. Jan. 11, 1922.)

Criminal law ⬚982—Suspended sentence statute applicable to liquor prosecution.

The suspended sentence statute is applicable to prosecutions for unlawful possession of intoxicating liquors.

Appeal from District Court, Sabine County; V. H. Stark, Judge.

Willie Roberts, Jr., was convicted of unlawful possession of intoxicating liquors, and he appeals. Reversed and remanded.

Minton & Lewis, of Hemphill, for appellant.

R. G. Storey, Asst. Atty. Gen., for the State.

MORROW, P. J. The conviction is for the unlawful possession of intoxicating liquors; punishment fixed at confinement in the penitentiary for a period of one year.

The offense was charged to have been committed in September, 1920. The appellant, following the procedure prescribed by statute, sought to have the jury determine, in the event of conviction, whether his sentence should be suspended. Evidence was introduced in support of the plea, and it was shown without controversy that appellant had not previously been convicted of a felony in this or any other state. The court, entertaining the view that the suspended sentence statute did not operate upon this character of cases, refused to submit that issue. This is complained of in due time and orderly way, and is properly brought here for review.

The application of the suspended sentence law to this class of cases was considered in the case of Carr v. State, 89 Tex. Cr. R. 245, 230 S. W. 405, and some subsequent cases, and the conclusion reached is that the issue should be submitted. The state, through the Assistant Attorney General, concedes in the instant case that the trial court fell into error, which requires a reversal of the judgment. In this view we concur.

The judgment is reversed, and the cause remanded.

## Ex parte RIDDLE. (No. 6312.)

(Court of Criminal Appeals of Texas. Nov. 9, 1921.)

Habeas corpus ⬚4—Cannot serve office of appeal.

A writ of habeas corpus cannot serve the office of an appeal.

Appeal from District Court, McLennan County; Richard I. Munroe, Judge.

Robert J. Riddle was convicted of murder. From an order remanding him on application for writ of habeas corpus, he appeals. Habeas corpus proceeding ordered consolidated with appeal in main case.

G. W. Barcus, of Waco, for appellant.

R. H. Hamilton, Asst. Atty. Gen., for the State.

HAWKINS, J. Appellant was indicted by a grand jury composed of ten men and two women. Upon that indictment he was tried, convicted, sentenced, and gave notice of appeal to this court. After this he sought release under habeas corpus proceedings, attacking the validity of the indictment. He was remanded, and from that order appeals.

The appeal in the main case is now pending in this court under No. 6596, but has not been submitted. [Since decided, and reported at 236 S. W. 725.] This habeas corpus proceeding is ordered consolidated with that case, to the end that the questions raised may be determined in an orderly way. A writ of habeas corpus cannot serve the office of an appeal. See many cases cited under note 3, art. 160, Vernon's P. C.